```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


 JACK McRAE,
      Petitioner,


           v.                               CIVIL ACTION NO.
                                            09-11597-PBS

 JEFFREY GRONDOLSKY,
 Warden FMC Devens, and
 THE FEDERAL BUREAU OF
 PRISONS,
      Respondents.
```

## PROCEDURAL ORDER RE:
## MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT
## (DOCKET ENTRY # 8)

### July 13, 2010

**BOWLER, U.S.M.J.**

Pending before this court is a motion to dismiss and/or motion for summary judgment filed by respondents Jeffrey Grondolsky and the Federal Bureau of Prisons ("respondents"). (Docket Entry # 8). Respondents attach a number of documents and other exhibits to the motion. In order to consider such documents, this court will consider the motion as one for summary judgment.

Rule 12, Fed. R. Civ. P. ("Rule 12") states that a court may properly convert a Rule 12(b)(6) motion to dismiss to a Rule 56, Fed. R. Civ. P., motion for summary judgment if all parties have been given a "reasonable opportunity to present all materials" pertinent to a motion for summary judgment. This essentially

requires a court to give notice to the parties prior to converting a motion to dismiss into a motion for summary judgment.  See Puerto-Rican American Co. v. Benjamin Shipping Co., 829 F.2d 281, 285 (1st Cir. 1987) (describing the plaintiffs' argument that notice must be given prior to conversion).

    The parties are therefore notified that this court will treat the motion (Docket Entry # 8) as one for summary judgment and consider the exhibits and other documentary material.  The parties are afforded up to and including August 2, 2010, within which to file additional evidentiary material.

                                        /s/ Marianne B. Bowler
                                     **MARIANNE B. BOWLER**
                                     United States Magistrate Judge